**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| MANNINGTON MILLS, INC. )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>THE UNITED STATES )<br>)<br>    Defendant. )<br>) | Court No. 21-00019 |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Rules of this Court, this Notice is filed before the any opposing party has served either an answer or a motion for summary judgment.  And, pursuant to Rule 83(b) of the Rules of this Court, this Notice is filed before the service of any complaint.  Accordingly, pursuant to Rule 41(a)(1)(A)(i), the Plaintiffs submit this notice to voluntarily dismiss this action without a court order.

Dated: January 28, 2021

                                                                       Respectfully submitted,

                                                                       /s/ Gregory S. McCue
                                                                       STEPTOE & JOHNSON LLP
                                                                       Gregory S. McCue
                                                                       Adriana M. Campos-Korn
                                                                       1330 Connecticut Avenue NW
                                                                       Washington, DC 20036
                                                                       Tel: (202) 429-3000
                                                                       Fax: (202) 429-3902
                                                                       Email:  gmccue@steptoe.com

                                                                       *Counsel for Plaintiff*